IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Blaker, Thomas David | Case Number: 05 B 41521 |
|---|---|---|
| | Blaker, Linda L | Judge: Goldgar, A. Benjamin |
| | Printed: 9/3/08 | Filed: 9/28/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: July 31, 2008
Confirmed: November 15, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 175,423.66 | |
| Secured: | | 106,257.87 |
| Unsecured: | | 36,416.65 |
| Priority: | | 13,930.66 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 9,488.83 |
| Other Funds: | | 6,629.65 |
| Totals: | 175,423.66 | 175,423.66 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 3. | CitiMortgage Inc | Secured | 2,910.00 | 2,910.00 |
| 4. | Great Bank | Secured | 34,578.23 | 34,578.23 |
| 5. | Mortgage Electronic Registration Sys | Secured | 63,048.65 | 63,048.65 |
| 6. | ECast Settlement Corp | Secured | 204.13 | 204.13 |
| 7. | Citibank | Secured | 1,899.36 | 930.67 |
| 8. | Mortgage Electronic Registration Sys | Secured | 4,586.19 | 4,586.19 |
| 9. | Internal Revenue Service | Priority | 13,930.66 | 13,930.66 |
| 10. | ECast Settlement Corp | Unsecured | 1,306.15 | 1,647.60 |
| 11. | Resurgent Capital Services | Unsecured | 1,243.69 | 1,568.81 |
| 12. | Great Bank | Unsecured | 1,187.32 | 1,497.70 |
| 13. | ECast Settlement Corp | Unsecured | 1,588.27 | 2,003.47 |
| 14. | World Financial Network Nat'l | Unsecured | 171.64 | 216.52 |
| 15. | Kohl's/Kohl's Dept Stores | Unsecured | 1,133.95 | 1,430.39 |
| 16. | ECast Settlement Corp | Unsecured | 12,027.00 | 15,171.05 |
| 17. | Resurgent Capital Services | Unsecured | 6,855.08 | 8,647.11 |
| 18. | RoundUp Funding LLC | Unsecured | 1,153.84 | 1,455.47 |
| 19. | Internal Revenue Service | Unsecured | 100.74 | 127.07 |
| 20. | RoundUp Funding LLC | Unsecured | 2,101.97 | 2,651.46 |
| 21. | Citibank USA | Unsecured | 514.55 | 0.00 |
| | | | _____ | _____ |
| | | | $ 153,241.42 | $ 159,305.18 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Blaker, Thomas David | Case Number:  05 B 41521 |
| Blaker, Linda L | Judge:  Goldgar, A. Benjamin |
| Printed:  9/3/08 | Filed:  9/28/05 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 1,620.48 |
| 5% | 330.01 |
| 4.8% | 893.82 |
| 5.4% | 3,792.23 |
| 6.5% | 2,852.29 |
| | _____ |
| | $ 9,488.83 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

